1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
13

SAN FRANCISCO DIVISION

14
15

| | |
|---|---|
| L.A. SPECIALTY PRODUCE CO., INC., a California corporation,<br><br>                                   Plaintiff,<br><br>        v.<br><br>ASQEW GRILL, INC., a California corporation; MIKE O'KEEFE, an individual; MARK NICANDRI, an individual,<br><br>                                   Defendants. | CASE NO.  CV-09-2541-PJH<br><br>**ORDER REGARDING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE** |

16
17
18
19
20
21
22
23
24
25

        Having read the Notice of Bankruptcy Filing of Defendant Asqew Grill, Inc.

26

and Request for Automatic Stay As to This Defendant and Requested Continuance

27
28

to Serve Remaining Defendants filed herein, and good cause appearing therefore,

1

1

2

3        IT IS HEREBY ORDERED that said continuance of the Initial Case Management Conference is granted in order to allow Plaintiff sufficient time to personally serve the Individual Defendants.

4

5        IT IS FURTHER HEREBY ORDERED that Initial Case Management Conference ("CMC"), which is currently set for September 17, 2009 at 2:30 p.m, be continued to __November 19, 2009 at 2:30 p.m._____.

6

7

8

9        THIS ORDER IS ISSUED __September 14_____, 2009

10

11    _____

12    HON. PHYLLIS J. HAMILTON

13    U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED

Judge Phyllis J. Hamilton

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28