UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

L. A. SPECIALTY PRODUCE CO, INC.,

    Plaintiff,

    v.

ASQEW GRILL, INC., et al.,

    Defendants.
_____/

No. C 09-2541 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's motion for default judgment.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: January 22, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge

cc: Wings, Assigned M/J