BART M. BOTTA, State Bar No. 167051
ELISE O'BRIEN, State Bar No. 245967
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, CA 92660-2423
Telephone: (949) 752-2911
Facsimile:  (949) 752-0953

Attorneys for Plaintiff
L.A. SPECIALTY PRODUCE CO., INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| L.A. SPECIALTY PRODUCE CO., INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASQEW GRILL, INC., a California corporation; MIKE O'KEEFE, an individual; MARK NICANDRI, an individual,<br><br>Defendants. | CASE NO.  CV-09-2541-PJH<br><br>**NOTICE OF DISMISSAL**  AND ORDER<br><br>**F.R.C.P. 41(a)(1)** |

    Plaintiff L.A. SPECIALTY PRODUCE CO., INC. hereby dismisses the above-captioned complaint as against ASQEW GRILL, INC. and MIKE O'KEEFE, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

                                         RYNN & JANOWSKY, LLP

DATED: September 17, 2010      By:  /s/  Bart M. Botta
                                         BART M. BOTTA, Attorneys for Plaintiff

1

**Certificate of Service**

I HEREBY CERTIFY that a copy of the foregoing was served electronically to all parties on the above captioned matter at the electronic address as disclosed with the Court, or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on this day, September 17, 2010.

RYNN & JANOWSKY, LLP

By: /s/ Bart M. Botta
BART M. BOTTA
RYNN & JANOWSKY, LLP
4100 Newport Place Drive, Suite 700
Newport Beach, California 92660
Telephone: (949) 752-2911
Facsimile: (949) 752-0953
bart@rjlaw.com

9/20/10



2