UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| L.A. SPECIALTY PRODUCE CO., INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASQEW GRILL, INC., a California corporation; MIKE O'KEEFE, an individual; MARK NICANDRI, an individual,<br><br>Defendants. | CASE NO.  CV-09-2541-PJH<br><br>**ORDER DISMISSING COMPLAINT AGAINST DEFENDANT MARK NICANDRI, WITH PREJUDICE** |

**O R D E R**

Having read and considered the Stipulation Re Dismissal filed herein, and good cause appearing therefor,

1

1
2
3
4
5       IT IS HEREBY ORDERED that Plaintiff L.A. SPECIALTY PRODUCE CO., INC.'s complaint be and hereby is dismissed as against Defendant MARK NICANDRI, with prejudice, subject to the terms and conditions set forth in the Settlement Agreement and Release executed between said parties.

        THIS ORDER IS ISSUED ON _September 20_____, 2010



_____
HON. PHYLLIS J. HAMILTON
U.S. DISTRICT COURT JUDGE

2